**MISC 19 - 3029**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E

★ NOV 26 2019

BROOKLYN OFFI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** Andrew Rippert  DeARCY HALL, J. | **DEFENDANT:** |
|---|---|

**IN THE MATTER OF:**
Application of Andrew Rippert for an Order Authorizing Applicant to Obtain Discovery for Use in a Proceeding in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782(a)

**CAUSE OF ACTION:**
Request for Applicant to obtain Discovery Pursuant to 28 U.S.C. § 1782(a)

**RELIEF SOUGHT:**
Permission to Serve Subpoena on Constantine Iordanou

| **ATTORNEY FOR PLAINTIFF:**  Joshua M. D. Segal (Bar No. JS1948)  Lawson & Weitzen, LLP  88 Black Falcon Avenue, Suite 345  Boston, MA 02210  (617) 439-4990 | **ATTORNEY FOR DEFENDANT:** |
|---|---|

I am currently a member in good standing of the bar of this Court: ☑ YES ☐ NO

Signature of Attorney of Record: _____ Date: 11/25/2019