UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 26 2019 ★
BROOKLYN OFFICE

IN RE APPLICATION OF ANDREW RIPPERT TO OBTAIN DISCOVERY FOR USE IN A PROCEEDING IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782(a)

)
)
) Civil No. 19-Misc. __  MISC 19-3029
)
) DeARCY HALL, J.
)
)

[PROPOSED] ORDER

Upon consideration of the Application of Andrew Rippert to Obtain Discovery for Use in a Proceeding in a Foreign Tribunal Pursuant to 28 U.S.C. § 1782(a) (the "Application"), and all papers submitted in support thereof, and pursuant to 28 U.S.C. § 1782(a), the Court orders as follows:

(a) The Application is granted;

(b) Applicant Andrew Rippert is authorized to cause to be served on Constantine Iordanou the Subpoena *Duces Tecum* attached to the Application as <u>Exhibit 1</u>; and

(c) Constantine Iordanou shall respond to the Subpoena *Duces Tecum* pursuant to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Date: _____

_____
United States District Judge